**SO ORDERED.**

**SIGNED November 18, 2014.**



_____
**HENLEY A. HUNTER**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 12-81206 |
| **Mentral Denise Brown** | |
| | **CHAPTER 13** |

_____

**DEBTOR (S)**

### _ORDER AND NOTICE OF PAYMENT_

    The Trustee previously filed a "Motion and Notice of Proposed Dismissal" requiring debtor(s) to take one of the following actions on or before the Response Date set forth in the Notice: (a) pay the Chapter 13 plan current, (b) file an Amended Chapter 13 Plan to cure the delinquency; (c) file a Motion to Convert the case to a Chapter 7 proceeding, or (d) file an objection with documentation of proof of payment.

    The debtor(s) have brought the Chapter 13 plan payments current per action (b) above; and, considering such action:

    IT IS HEREBY ORDERED that no order dismissing the case or converting the case to a Chapter 7 shall issue herein, and the Motion to Dismiss is withdrawn without prejudice; and,

    IT IS FURTHER ORDERED that should Debtor(s) fail to make any future payments required by the plan for any period of time in excess of thirty (30) days, the Trustee may thereafter dismiss the debtor(s) Chapter 13 case, without a hearing.

***